UNITED STATES DISTRICT COURT
for the
EASTERN DISTRICT OF NORTH CAROLINA

**U.S.A. vs. Larry Smith**                                      **Docket No. 5:23-CR-179-1D**

**Petition for Action on Supervised Release**

COMES NOW Danele N. Williams, U.S. Probation Officer of the court, presenting a petition for modification of the Judgment and Commitment Order of Larry Smith, who, upon a finding of guilt by jury to Count 1: Hobbs Act Robbery, in violation of 18 U.S.C. § 1951; Counts 2 and 4: Brandishing Firearm During and in Relationship to a Crime of Violence, in violation of 18 U.S.C. § 924(c); and Count 3: Attempted Carjacking, in violation of 18 U.S.C. § 2119, was sentenced by the Honorable Eduardo C. Robreno, United States District Judge for the Eastern District of Pennsylvania, on May 7, 2004, to the custody of the Bureau of Prisons for a term of 472 months.   It was further ordered that upon release from imprisonment the defendant be placed on supervised release for a period of 60 months.  On March 22, 2023, during a Resentencing Hearing in the Eastern District of Pennsylvania, the defendant pled guilty to Count 1, 2, and 3, as listed above, and Count 4 was dismissed.  He was re-sentenced to Time Served, followed by 60 months supervised release including 6 months home detention under the location monitoring program.

Larry Smith was released from custody on March 22, 2023, at which time the term of supervised release commenced. On June 9, 2023, a Transfer of Jurisdiction was filed in the Eastern District of North Carolina, and assigned to the Honorable District Judge Terrance W. Boyle.

On June 29, 2023, a Petition for Action was filed modifying the previously imposed condition of home detention, to curfew with electronic monitoring, as well as adding a mental health condition.

On September 6, 2023, a Petition for Action was filed to request termination of electronic monitoring.

On March 16, 2026, at the direction of the Court, this case was reassigned to Honorable District Judge James C. Dever III.

**RESPECTFULLY PRESENTING PETITION FOR ACTION OF COURT FOR CAUSE AS FOLLOWS:**

On February 25, 2026, the defendant was charged with Open Container and Simple Possession of a Schedule VI Controlled Substance (26CR9994) in Wake County, North Carolina.  The police report stated that an officer approached a suspicious vehicle occupied by the defendant and a passenger.  The officer reported that the smell of marijuana was emanating from the vehicle and initiated a search.  During the search of the vehicle, a marijuana cigarette was located between the cup holder and arm rest, as well as an empty Amsterdam bottle located inside the arm rest. The passenger was charged with two counts of Possession of Drug Paraphernalia, Simple Possession of Marijuana, and an Open Container.  The defendant called the undersigned officer as soon as the citation was written.  He stated that the marijuana belonged to the passenger, which she admitted to the police officer.   The defendant further reported that he is an Uber driver and one of his passengers had left the empty mini alcohol bottle in his vehicle.  Smith later located the bottle and placed it into his arm rest.  The defendant reported that he plans on disputing these charges; therefore, it is respectfully recommended that we allow the state court to adjudicate this conduct.

As a result of the above criminal conduct, the defendant was told to report to the United States Probation Office, on February 27, 2026.   The defendant submitted a urine sample that tested positive for the use of

marijuana. Smith admitted to the illegal use of marijuana via THC infused chocolate, and this positive test was verified by the laboratory. In order to address the above conduct the probation office is recommending the MRT program and substance abuse treatment. Therefore, it is recommended that a cognitive behavioral therapy condition be added to address his criminal thinking patterns and avoid risky behavior in the future. Additionally, it is recommended that he undergoes a drug assessment and drug testing.

The defendant signed a Waiver of Hearing agreeing to the proposed modification of supervision.

**PRAYING THAT THE COURT WILL ORDER** that supervised release be modified as follows:

1. The defendant shall participate in a cognitive behavioral program as directed by the probation office.

2. The defendant shall participate as directed in a program approved by the probation office for the treatment of narcotic addiction, drug dependency, or alcohol dependency which will include urinalysis testing or other drug detection measures and may require residence or participation in a residential treatment facility.

3. The defendant must undergo drug testing, including but not limited to urinalysis.

Except as herein modified, the judgment shall remain in full force and effect.

Reviewed and approved,

I declare under penalty of perjury that the foregoing is true and correct.

/s/ Melissa K. Lunsmann
Melissa K. Lunsmann
Supervising U.S. Probation Officer

/s/ Danele N. Williams
Danele N. Williams
U.S. Probation Officer
310 New Bern Avenue, Room 610
Raleigh, NC 27601-1441
Phone: 919-861-8807
Executed On: March 16, 2026

## ORDER OF THE COURT

Considered and ordered this ___17___ day of __March__, 2026, and ordered filed and made a part of the records in the above case.

James C. Dever III
U.S District Judge